**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | Bankruptcy No. 22-22030-CMB |
| **Lee A Thompson and** | : | |
| **Victoria A Thompson,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 35 |
| **Lee A Thompson and** | : | |
| **Victoria A Thompson,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **August 22, 2024,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **September 10, 2024 at 2:30 P.M**. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be

found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: August 5, 2024                                                                    Respectfully submitted,

                                                                                        */s/ Daniel P. Foster, Esquire*
                                                                                        Daniel P. Foster
                                                                                        PA I.D. # 92376
                                                                                        Foster Law Offices, LLC
                                                                                        1210 Park Avenue
                                                                                        Meadville, PA 16335
                                                                                        Phone: 814.724.1165
                                                                                        Fax: 814.724.1158
                                                                                        Email: dan@mrdebtbuster.com
                                                                                        Attorney for Debtors

**CERTIFICATE OF SERVICE**

  I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: August 5, 2024

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing        Peoples Natural Gas Company LLC        Union Home Mortgage Corp.
0315-2                                 GRB Law                                Robertson, Anschutz, Schneid, Crane & Pa
Case 22-22030-CMB                      c/o Jeffrey R. Hunt, Esquire           10700 Abbott's Bridge Rd, suite 170
WESTERN DISTRICT OF PENNSYLVANIA       525 William Penn Place, Suite 3110     Duluth, GA 30097-8461
Pittsburgh                             Pittsburgh, PA 15219-1753
Mon Aug  5 12:50:59 EDT 2024

2                                      Ally Financial, Inc                    Amex
U.S. Bankruptcy Court                  Attn: Bankruptcy                       Correspondence/Bankruptcy
5414 U.S. Steel Tower                  500 Woodard Ave                        Po Box 981540
600 Grant Street                       Detroit, MI 48226-3416                 El Paso, TX 79998-1540
Pittsburgh, PA 15219-2703

(p)PNC BANK RETAIL LENDING             Butler Health System                   Butler Memorial Hospital
P O BOX 94982                          PO Box 37171                           One Hospital Way
CLEVELAND OH 44101-4982                Baltimore, MD 21297-3171               Butler, PA 16001-4697


Capital One                            Capital One N.A.                       (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                       by American InfoSource as agent        BANKRUPTCY MAIL INTAKE TEAM
P.O. Box 30285                         PO Box 71083                           700 KANSAS LANE FLOOR 01
Salt Lake City, UT 84130-0285          Charlotte, NC  28272-1083              MONROE LA 71203-4774


Citibank                               Citibank North America                 Comenity Bank/Victoria Secret
Attn: Bankruptcy                       Citibank SD MC 425                     Attn: Bankruptcy
P.O. Box 790034                        5800 South Corp Place                  Po Box 182125
St Louis, MO 63179-0034                Sioux Falls, SD 57108                  Columbus, OH 43218-2125


Dept of Ed/Nelnet                      Discover Bank                          Discover Financial
Attn: Bankruptcy Claims/Nelnet         Discover Products Inc                  Attn: Bankruptcy
Po Box 82505                           PO Box 3025                            Po Box 3025
Lincoln, NE 68501-2505                 New Albany, OH  43054-3025             New Albany, OH 43054-3025


Discover Personal Loans                Discover Personal Loans                (p)HY CITE ENTERPRISES  LLC
Attn: Bankruptcy                       PO Box 30954                           3252 PLEASANT VIEW ROAD
Po Box 30954                           Salt Lake City, UT 84130-0954          MIDDLETON WI 53562-4840
Salt Lake City, UT 84130-0954


Kohls/Capital One                      LVNV Funding, LLC                      (p)NATIONSTAR MORTGAGE LLC
Attn: Credit Administrator             Resurgent Capital Services             PO BOX 619096
Po Box 3043                            PO Box 10587                           DALLAS TX 75261-9096
Milwaukee, WI 53201-3043               Greenville, SC 29603-0587


Office of the United States Trustee    Pennsylvania American Water            Peoples Gas Company LLC
1000 Liberty Avenue                    PO Box 371412                          PO Box 747105
Suite 1316                             Pittsburgh, PA 15250-7412              Pittsburgh, PA 15274-7105
Pittsburgh, PA 15222-4013


Sterling Jewelers, Inc.                (p)T MOBILE                            US Department of Education c/o Nelnet
Attn: Bankruptcy                       C O AMERICAN INFOSOURCE LP             121 S 13TH ST
Po Box 1799                            4515 N SANTA FE AVE                    Lincoln, NE 68508-1904
Akron, OH 44309-1799                   OKLAHOMA CITY OK 73118-7901
```

| | | |
|---|---|---|
| Union Home Mortgage Co<br>Po Box 77404<br>Ewing, NJ 08628-6404 | (p)UNION HOME MORTGAGE CORP<br>6444 MONROE STREET<br>SYLVANIA OH 43560-1455 | Vogel Disposal Service, Inc.<br>PO Box 857<br>Mars, PA 16046-0857 |
| Wahl Family Practice<br>PO Box 1549<br>Butler, PA 16003-1549 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 |
| West Penn Power<br>76 South Main Street<br>Akron, OH 44308-1890 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Lee A Thompson<br>107 Wallula Avenue<br>Butler, PA 16001-6523 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Victoria A Thompson<br>107 Wallula Avenue<br>Butler, PA 16001-6523 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>P.O. Box 10566<br>Birmingham, AL 35296 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Hy Cite Enterprises/Royal Prestige<br>Attn: Bankruptcy<br>333 Holtzman Road<br>Madison, WI 53713 |
| Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas  TX  75261-9741 | (d)PNC Bank<br>PO Box 747066<br>Pittsburgh, PA 15274-7066 | (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 |
| T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | Union Home Mortgage Corp<br>c/o Cenlar FSB<br>Attn BK Dept<br>425 Philips Blvd<br>Ewing, NJ 08618 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)NATIONSTAR MORTGAGE LLC | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                  41 |