**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 22-22030-CMB** |
| **Lee A Thompson and** | : | |
| **Victoria A Thompson,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No.: 37** |
| **Lee A Thompson and** | : | |
| **Victoria A Thompson,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Vehicle Financing, filed on August 5, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than August 22, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: August 23, 2024

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>August 23, 2024</u>

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-2
Case 22-22030-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Aug  5 12:50:59 EDT 2024

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

Union Home Mortgage Corp.
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Rd, suite 170
Duluth, GA 30097-8461

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226-3416

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Butler Health System
PO Box 37171
Baltimore, MD 21297-3171

Butler Memorial Hospital
One Hospital Way
Butler, PA 16001-4697

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Dept of Ed/Nelnet
Attn: Bankruptcy Claims/Nelnet
Po Box 82505
Lincoln, NE 68501-2505

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Discover Personal Loans
Attn: Bankruptcy
Po Box 30954
Salt Lake City, UT 84130-0954

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

(p)HY CITE ENTERPRISES  LLC
3252 PLEASANT VIEW ROAD
MIDDLETON WI 53562-4840

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250-7412

Peoples Gas Company LLC
PO Box 747105
Pittsburgh, PA 15274-7105

Sterling Jewelers, Inc.
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309-1799

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

US Department of Education c/o Nelnet
121 S 13TH ST
Lincoln, NE 68508-1904

Union Home Mortgage Co
Po Box 77404
Ewing, NJ 08628-6404

(p)UNION HOME MORTGAGE CORP
6444 MONROE STREET
SYLVANIA OH 43560-1455

Vogel Disposal Service, Inc.
PO Box 857
Mars, PA 16046-0857


Wahl Family Practice
PO Box 1549
Butler, PA 16003-1549

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607-5066

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248


West Penn Power
76 South Main Street
Akron, OH 44308-1890

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Lee A Thompson
107 Wallula Avenue
Butler, PA 16001-6523


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Victoria A Thompson
107 Wallula Avenue
Butler, PA 16001-6523


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BBVA Compass
Attn: Bankruptcy
P.O. Box 10566
Birmingham, AL 35296

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Hy Cite Enterprises/Royal Prestige
Attn: Bankruptcy
333 Holtzman Road
Madison, WI 53713


Nationstar Mortgage LLC
ATTN: Bankruptcy Dept
PO Box 619096
Dallas  TX  75261-9741

(d)PNC Bank
PO Box 747066
Pittsburgh, PA 15274-7066

(d)PNC Bank, National Association
PO BOX 94982
Cleveland, OH 44101


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Union Home Mortgage Corp
c/o Cenlar FSB
Attn BK Dept
425 Philips Blvd
Ewing, NJ 08618


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)NATIONSTAR MORTGAGE LLC

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41