**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **BANKRUPTCY CASE NO. 22-22030-CMB** |
| **Lee A Thompson and** | : | |
| **Victoria A Thompson,** | : | **CHAPTER 13** |
| Debtors | : | |
| | : | **RELATED TO DOCKET NO.: 40** |
| **Lee A Thompson,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO WITHDRAW FUNDS FROM 401(K)**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **September 13, 2024,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **October 1, 2024 at 1:30 P.M**. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time:  https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten

(10) minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>August 27, 2024</u>                                                                            Respectfully submitted,

<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Withdraw Funds from 401(K) and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: August 27, 2024 | *By: /s/ Caitlyn Campbell* |
| | Caitlyn Campbell, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

```
Label Matrix for local noticing          Peoples Natural Gas Company LLC         Union Home Mortgage Corp.
0315-2                                    GRB Law                                 Robertson, Anschutz, Schneid, Crane & Pa
Case 22-22030-CMB                         c/o Jeffrey R. Hunt, Esquire            10700 Abbott's Bridge Rd, suite 170
WESTERN DISTRICT OF PENNSYLVANIA          525 William Penn Place, Suite 3110      Duluth, GA 30097-8461
Pittsburgh                                Pittsburgh, PA 15219-1753
Tue Aug 27 11:15:48 EDT 2024

2                                         Ally Financial, Inc                     Amex
U.S. Bankruptcy Court                     Attn: Bankruptcy                        Correspondence/Bankruptcy
5414 U.S. Steel Tower                     500 Woodard Ave                         Po Box 981540
600 Grant Street                          Detroit, MI 48226-3416                  El Paso, TX 79998-1540
Pittsburgh, PA 15219-2703

(p)PNC BANK RETAIL LENDING                Butler Health System                    Butler Memorial Hospital
P O BOX 94982                             PO Box 37171                            One Hospital Way
CLEVELAND OH 44101-4982                   Baltimore, MD 21297-3171                Butler, PA 16001-4697


Capital One                               Capital One N.A.                        (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                          by American InfoSource as agent         BANKRUPTCY MAIL INTAKE TEAM
P.O. Box 30285                            PO Box 71083                            700 KANSAS LANE FLOOR 01
Salt Lake City, UT 84130-0285             Charlotte, NC  28272-1083               MONROE LA 71203-4774


Citibank                                  Citibank North America                  Comenity Bank/Victoria Secret
Attn: Bankruptcy                          Citibank SD MC 425                      Attn: Bankruptcy
P.O. Box 790034                           5800 South Corp Place                   Po Box 182125
St Louis, MO 63179-0034                   Sioux Falls, SD 57108                   Columbus, OH 43218-2125


Dept of Ed/Nelnet                         Discover Bank                           Discover Financial
Attn: Bankruptcy Claims/Nelnet            Discover Products Inc                   Attn: Bankruptcy
Po Box 82505                              PO Box 3025                             Po Box 3025
Lincoln, NE 68501-2505                    New Albany, OH  43054-3025              New Albany, OH 43054-3025


Discover Personal Loans                   Discover Personal Loans                 (p)HY CITE ENTERPRISES  LLC
Attn: Bankruptcy                          PO Box 30954                            3252 PLEASANT VIEW ROAD
Po Box 30954                              Salt Lake City, UT 84130-0954           MIDDLETON WI 53562-4840
Salt Lake City, UT 84130-0954


Kohls/Capital One                         LVNV Funding, LLC                       (p)NATIONSTAR MORTGAGE LLC
Attn: Credit Administrator                Resurgent Capital Services              PO BOX 619096
Po Box 3043                               PO Box 10587                            DALLAS TX 75261-9096
Milwaukee, WI 53201-3043                  Greenville, SC 29603-0587


Office of the United States Trustee       Pennsylvania American Water             Peoples Gas Company LLC
1000 Liberty Avenue                       PO Box 371412                           PO Box 747105
Suite 1316                                Pittsburgh, PA 15250-7412               Pittsburgh, PA 15274-7105
Pittsburgh, PA 15222-4013


Sterling Jewelers, Inc.                   (p)T MOBILE                             US Department of Education c/o Nelnet
Attn: Bankruptcy                          C O AMERICAN INFOSOURCE LP              121 S 13TH ST
Po Box 1799                               4515 N SANTA FE AVE                     Lincoln, NE 68508-1904
Akron, OH 44309-1799                      OKLAHOMA CITY OK 73118-7901
```

| | | |
|---|---|---|
| Union Home Mortgage Co<br>Po Box 77404<br>Ewing, NJ 08628-6404 | (p)UNION HOME MORTGAGE CORP<br>6444 MONROE STREET<br>SYLVANIA OH 43560-1455 | Vogel Disposal Service, Inc.<br>PO Box 857<br>Mars, PA 16046-0857 |
| Wahl Family Practice<br>PO Box 1549<br>Butler, PA 16003-1549 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 |
| West Penn Power<br>76 South Main Street<br>Akron, OH 44308-1890 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Lee A Thompson<br>107 Wallula Avenue<br>Butler, PA 16001-6523 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Victoria A Thompson<br>107 Wallula Avenue<br>Butler, PA 16001-6523 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>P.O. Box 10566<br>Birmingham, AL 35296 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Hy Cite Enterprises/Royal Prestige<br>Attn: Bankruptcy<br>333 Holtzman Road<br>Madison, WI 53713 |
| Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9741 | (d)PNC Bank<br>PO Box 747066<br>Pittsburgh, PA 15274-7066 | (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 |
| T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | Union Home Mortgage Corp<br>c/o Cenlar FSB<br>Attn BK Dept<br>425 Philips Blvd<br>Ewing, NJ 08618 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)NATIONSTAR MORTGAGE LLC | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                   41 |