**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 22-22030-CMB |
| Lee A Thompson and | : | |
| Victoria A Thompson, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No.: 42 |
| Lee A Thompson and | : | |
| Victoria A Thompson, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**STATUS REPORT**

    **AND NOW** this 9th day of September 2024**,** come Lee A Thompson and Victor A. Thompson ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on October 13, 2022 (the "Filing Date").

2. On August 5, 2024, Debtors filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On August 23, 2024, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

    **WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated August 23, 2024.

Date: <u>September 9, 2024</u>         <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors