# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 22-22030-CMB |
| | : | |
| Lee A Thompson and | : | CHAPTER 13 |
| Victoria A Thompson, | : | |
|     Debtors, | : | |
| _____ | : | DOCKET NO.: 44 |
| Lee A Thompson, | : | |
|     Movant, | : | |
| | : | |
|     vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION TO WITHDRAW FUNDS FROM 401(k)**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the DEBTORS' MOTION TO WITHDRAW FUNDS FROM 401(k), filed on August 27, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than September 13, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: September 16, 2024

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Withdraw Funds from 401(K) and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 16, 2024

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158