# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 22-22030-CMB |
| Lee A Thompson and | : | |
| Victoria A Thompson | : | |
| AKA Victoria Ann Hill, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 52 |
| | : | |
| Union Home Mortgage Corp, | : | |
| *Movant*, | : | |
| | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:** Union Home Mortgage Corp
**Incorrect Address:** 6444 Monroe Street Sylvania OH 43560-1455
**Correct Address:** 2212 Eastchester Dr Suite 209 High Point NC 27265

Respectfully Submitted,

Date: November 12, 2024

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors