## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LEE A THOMPSON
VICTORIA A THOMPSON
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
         Movant
    vs.
No Respondents.

Case No.:22-22030

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee's Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

November 21, 2025

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 10/13/2022  and confirmed on 12/7/22 .  The case was subsequently     Completed
After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,825.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,825.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 2,822.13 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,322.13 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 35,073.99 | 0.00 | 35,073.99 |
| Acct: 5644 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 80.66 | 80.66 | 0.00 | 80.66 |
| Acct: 5644 | | | | |
| PNC BANK NA | 3,315.99 | 3,315.99 | 338.91 | 3,654.90 |
| Acct: 1424 | | | | |
| | | | | 38,809.55 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEE A THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***N O N E*** | | | | |
| **Unsecured** | | | | |
| BUTLER HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4931 | | | | |
| BUTLER HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9525 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 5,819.34 | 155.85 | 0.00 | 155.85 |
| Acct: 3900 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,633.12 | 124.08 | 0.00 | 124.08 |
| Acct: 6380 | | | | |
| LVNV FUNDING LLC | 15,689.79 | 420.20 | 0.00 | 420.20 |
| Acct: 3047 | | | | |
| US DEPARTMENT OF EDUCATION | 20,781.51 | 556.57 | 0.00 | 556.57 |
| Acct: 7130 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1031 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |

22-22030

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3134 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4232 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1131 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5031 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3234 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9380 | | | | |
| DISCOVER BANK(*) | 16,445.26 | 440.44 | 0.00 | 440.44 |
| Acct: 2179 | | | | |
| DISCOVER BANK(*) | 16,294.53 | 436.40 | 0.00 | 436.40 |
| Acct: 8039 | | | | |
| DISCOVER PERSONAL LOANS** | 20,663.26 | 553.40 | 0.00 | 553.40 |
| Acct: 4116 | | | | |
| WAHL FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6021 | | | | |
| WEST PENN POWER* | 238.19 | 6.38 | 0.00 | 6.38 |
| Acct: 1153 | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,693.32 |

TOTAL PAID TO CREDITORS            41,502.87

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 3,396.65 |
| UNSECURED | 100,565.00 |

Date: 11/21/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LEE A THOMPSON
    VICTORIA A THOMPSON             Case No.:22-22030
         Debtor(s)

                            Chapter 13
    Ronda J. Winnecour
          Movant               Document No.:
          vs.
    No Repondents.

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 22-22030-CMB

Lee A Thompson                                                                        Chapter 13

Victoria A Thompson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 3

Date Rcvd: Nov 24, 2025                  Form ID: pdf900                            Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee A Thompson, Victoria A Thompson, 107 Wallula Avenue, Butler, PA 16001-6523 |
| cr | + | Union Home Mortgage Corp., Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 15529098 | | Butler Health System, PO Box 37171, Baltimore, MD 21297-3171 |
| 15529099 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15525469 | + | Peoples Gas Company LLC, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 15525473 | + | Union Home Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |
| 15525474 | + | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |
| 15529100 | | Wahl Family Practice, PO Box 1549, Butler, PA 16003-1549 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Nov 25 2025 00:46:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, Evan Durkovic, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 25 2025 00:46:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15525455 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 00:46:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15525456 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2025 00:48:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15525458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2025 00:48:41 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15546143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2025 00:50:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15525459 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2025 01:03:12 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15525460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2025 00:50:13 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15525461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2025 01:03:05 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15525462 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 25 2025 00:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15525463 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 25 2025 00:47:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15526881 | | Email/Text: mrdiscen@discover.com | Nov 25 2025 00:46:00 | Discover Bank, Discover Products Inc, PO Box |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 38

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 3025, New Albany, OH 43054-3025 |
| 15525464 | + | Email/Text: mrdiscen@discover.com | Nov 25 2025 00:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15525465 | + | Email/Text: dplbk@discover.com | Nov 25 2025 00:47:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15526272 | + | Email/Text: dplbk@discover.com | Nov 25 2025 00:47:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15525466 |  | Email/Text: bankruptcynotices@hycite.com | Nov 25 2025 00:46:00 | Hy Cite Enterprises/Royal Prestige, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713 |
| 15525467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2025 01:03:09 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15554241 |  | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 00:50:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15605854 |  | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:46:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 |
| 15525470 |  | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2025 00:46:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 15553979 |  | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2025 00:46:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15525457 |  | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2025 00:46:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15525468 |  | Email/Text: csc.bankruptcy@amwater.com | Nov 25 2025 00:47:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15525471 | + | Email/Text: bankruptcy@signetjewelers.com | Nov 25 2025 00:46:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15525472 |  | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 25 2025 00:48:29 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 15549157 |  | Email/Text: bankruptcydept@uhm.com | Nov 25 2025 00:46:00 | Union Home Mortgage Corp, c/o Cenlar FSB, Attn BK Dept, 425 Philips Blvd, Ewing, NJ 08618 |
| 15528857 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 25 2025 00:47:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 15525475 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Nov 25 2025 00:48:31 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15545286 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 25 2025 00:47:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15525476 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 25 2025 00:47:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | NATIONSTAR MORTGAGE LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Nov 24, 2025                        Form ID: pdf900                         Total Noticed: 38

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Union Home Mortgage Corp. bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Joint Debtor Victoria A Thompson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Lee A Thompson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7