**Fill in this information to identify the case:**

Debtor 1  Lee A Thompson

Debtor 2  Victoria A Thompson aka Victoria Ann Hill
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number  22-22030-CMB

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).

### Part 1:  Mortgage Information

**Name of claim holder:** Nationstar Mortgage LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: ******5644

**Property address:** 107 Wallula Ave
Number    Street

Butler, PA 16001
City        State    ZIP Code

### Part 2:  Arrearages

The total amount received to cure any arrearages as of the date of this response:  $ 80.66.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this notice:  $_____.

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this notice:  $_____.

Official Form 410C13-NR    Response to Trustee's Notice of Disbursements Made    page 1

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|      |                                                                           |              |
|------|---------------------------------------------------------------------------|--------------|
| i.   | Date last payment was received on the mortgage:                           | 11/30/2025   |
| ii.  | Date next postpetition payment from the debtor is due:                    | 01/01/2026   |
| iii. | Amount of the next postpetition payment that is due:                      | $ 938.03     |
| iv.  | Unpaid principal balance of the loan:                                     | $ 97,033.87  |
| v.   | Additional amounts due for any deferred or accrued interest:              | $ 214.01     |
| vi.  | Balance of the escrow account:                                            | $ 990.84     |
| vii. | Balance of unapplied funds or funds held in a suspense account:           | $ 0.00       |
| viii.| Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

## Part 4  Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _/s/ Shawn Miller_    Date 12/10/2025
Signature

Name: **Shawn Miller**
First name    Middle name    Last name

Title: Agent for Creditor

Company: Aldridge Pite, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number    Street

Atlanta    GA    30305
City    State    ZIP Code

Contact phone (404) 994-7400    Email shawnmiller@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: December 15, 2025

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Daniel P. Foster |
| Debtor's Counsel Address: | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| Debtor's Counsel Email: | dan@mrdebtbuster.com |
| | |
| Debtor 1 Name: | Lee A Thompson |
| Debtor 2 Name: | Victoria A Thompson |
| Debtor's Mailing Address: | 107 Wallula Avenue |
| | Butler, PA 16001 |

/s/ Ciara M. Pumicpic

```
                           ================================================                    12/12/25
                                    Payoff Quote Include/Omit Items                              14:00:32
                           ================================================                       ADD
                     PO Dt  12/15/25        Int Paid To    12/01/25
                     Sub Code    00         Next Due Dt    1/01/26         Int Rate         5.750
Prin Bal         97,033.87       Per Diem Int             15.29    Int Calcs              214.01
Optional Items to I-Include or O-Omit:                                     Plan Number     00001
I  Escrow Balance                   990.84      O  Total Late Charges                        .00
   Interest on Escrow                  .00      I  Total NSF Charges                         .00
I  Escrow Advance                      .00      O  Optional Ins Payment                      .00
I  Misc Suspense Bal                   .00      O  Prepayment Penalty                        .00
I  Forbearance Bal                     .00      O  Mortgage Ins Premium                    79.40
O  Subsidy                             .00      O  Other Fees Due                            .00
O  Hazard Suspense Bal                 .00      O  Rebate Points Financed             0000000
   Int on Hazard Loss                  .00      I  Deferred Principal                        .00
O  Inv. Advance                        .00      O  Recording Fee                   0000000000000
I  Corp Advance Bal                    .00      O  Quote fee                       0000000000000
I  Corp Expense Bal                    .00      O  Oth2   COUNTY RECORDING FEE     0000000006075
O  Default Int Due                     .00      O  Oth1   ANTICIPATED FEE          0000000000000 +
I  Deferred Int                        .00      O  MBS Liq Difference                        .00
O  Prepaid Ins Rebate                  .00
Accept Quote - Y/N  Y                                       PO Amt               96,257.04



     F3=Exit    F5=Refresh    F6=New Loan#    F10=Fees    F16=Suspense    F24=More keys
```