| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lee A Thompson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7169<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Victoria A Thompson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7130<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   22–22030–CMB | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lee A Thompson

Victoria A Thompson
aka Victoria Ann Hill

1/9/26

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22030-CMB |
| Lee A Thompson | Chapter 13 |
| Victoria A Thompson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 09, 2026 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee A Thompson, Victoria A Thompson, 107 Wallula Avenue, Butler, PA 16001-6523 |
| cr | + | Union Home Mortgage Corp., Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 15529098 | | Butler Health System, PO Box 37171, Baltimore, MD 21297-3171 |
| 15529099 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15525469 | + | Peoples Gas Company LLC, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 15525473 | + | Union Home Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |
| 15525474 | + | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |
| 15529100 | | Wahl Family Practice, PO Box 1549, Butler, PA 16003-1549 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 10 2026 05:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 10 2026 05:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jan 10 2026 00:28:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, Evan Durkovic, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 10 2026 00:28:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15525455 | + | EDI: GMACFS.COM | Jan 10 2026 05:19:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15525456 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2026 00:40:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15525458 | + | EDI: CAPITALONE.COM | Jan 10 2026 05:19:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15546143 | | EDI: CAPITALONE.COM | Jan 10 2026 05:19:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15525459 | + | EDI: JPMORGANCHASE | Jan 10 2026 05:19:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15525460 | + | EDI: CITICORP | Jan 10 2026 05:19:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15525461 | | EDI: CITICORP | Jan 10 2026 05:19:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15525462 | + | EDI: WFNNB.COM | Jan 10 2026 05:19:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15525463 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 10 2026 00:28:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15526881 | | EDI: DISCOVER | Jan 10 2026 05:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15525464 | + | EDI: DISCOVER | Jan 10 2026 05:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15525465 | + | EDI: DISCOVERPL | Jan 10 2026 05:19:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15526272 | + | EDI: DISCOVERPL | Jan 10 2026 05:19:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15525466 | | Email/Text: bankruptcynotices@hycite.com | Jan 10 2026 00:28:00 | Hy Cite Enterprises/Royal Prestige, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713 |
| 15525467 | + | EDI: CAPITALONE.COM | Jan 10 2026 05:19:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15554241 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2026 00:40:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15605854 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 10 2026 00:28:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 |
| 15525457 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2026 00:28:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15525470 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2026 00:28:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 15553979 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2026 00:28:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15525468 | | Email/Text: csc.bankruptcy@amwater.com | Jan 10 2026 00:28:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15525471 | + | Email/Text: bankruptcy@signetjewelers.com | Jan 10 2026 00:28:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15525472 | | EDI: AISTMBL.COM | Jan 10 2026 05:19:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 15549157 | | Email/Text: bankruptcydept@uhm.com | Jan 10 2026 00:28:00 | Union Home Mortgage Corp, c/o Cenlar FSB, Attn BK Dept, 425 Philips Blvd, Ewing, NJ 08618 |
| 15528857 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 10 2026 00:28:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 15525475 | + | EDI: WFAUTO | Jan 10 2026 05:19:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15545286 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 10 2026 00:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15525476 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 10 2026 00:28:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason   Name and Address**

| | | |
|---|---|---|
| cr | NATIONSTAR MORTGAGE LLC | |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Union Home Mortgage Corp. bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Joint Debtor Victoria A Thompson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Lee A Thompson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7