IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  LEE A THOMPSON
  VICTORIA A THOMPSON
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:22-22030

Chapter 13

Related to: Document No. 60

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __9th__ day of __January__, 20__26__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
1/9/26 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22030-CMB |
| Lee A Thompson | Chapter 13 |
| Victoria A Thompson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 09, 2026 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee A Thompson, Victoria A Thompson, 107 Wallula Avenue, Butler, PA 16001-6523 |
| cr | + | Union Home Mortgage Corp., Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 15529098 | | Butler Health System, PO Box 37171, Baltimore, MD 21297-3171 |
| 15529099 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15525469 | + | Peoples Gas Company LLC, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 15525473 | + | Union Home Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |
| 15525474 | + | Vogel Disposal Service, Inc., PO Box 857, Mars, PA 16046-0857 |
| 15529100 | | Wahl Family Practice, PO Box 1549, Butler, PA 16003-1549 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jan 10 2026 00:28:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, Evan Durkovic, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 10 2026 00:28:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15525455 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 10 2026 00:28:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15525456 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2026 00:40:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15525458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2026 00:40:03 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15546143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2026 00:40:03 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15525459 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2026 00:40:10 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15525460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2026 01:02:27 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15525461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2026 00:39:59 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15525462 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2026 00:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15525463 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 10 2026 00:28:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15526881 | | Email/Text: mrdiscen@discover.com | Jan 10 2026 00:28:00 | Discover Bank, Discover Products Inc, PO Box |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15525464 | + | Email/Text: mrdiscen@discover.com | Jan 10 2026 00:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15525465 | + | Email/Text: dplbk@discover.com | Jan 10 2026 00:28:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15526272 | + | Email/Text: dplbk@discover.com | Jan 10 2026 00:28:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15525466 | | Email/Text: bankruptcynotices@hycite.com | Jan 10 2026 00:28:00 | Hy Cite Enterprises/Royal Prestige, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713 |
| 15525467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2026 00:40:04 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15554241 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2026 00:39:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15605854 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 10 2026 00:28:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 |
| 15525470 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2026 00:28:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 15553979 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2026 00:28:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15525457 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2026 00:28:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15525468 | | Email/Text: csc.bankruptcy@amwater.com | Jan 10 2026 00:28:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15525471 | + | Email/Text: bankruptcy@signetjewelers.com | Jan 10 2026 00:28:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15525472 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jan 10 2026 00:39:55 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 15549157 | | Email/Text: bankruptcydept@uhm.com | Jan 10 2026 00:28:00 | Union Home Mortgage Corp, c/o Cenlar FSB, Attn BK Dept, 425 Philips Blvd, Ewing, NJ 08618 |
| 15528857 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 10 2026 00:28:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 15525475 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 10 2026 00:40:10 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15545286 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 10 2026 00:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15525476 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 10 2026 00:28:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 09, 2026 | Form ID: pdf900 | Total Noticed: 38 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

**Name**                **Email Address**

Charles Griffin Wohlrab
on behalf of Creditor Union Home Mortgage Corp. bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Daniel P. Foster
on behalf of Joint Debtor Victoria A Thompson dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Debtor Lee A Thompson dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7